

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00077-CV

McAllen Hospitals, L.P.

v.

Salvador Gonzalez, Individually, as Representative of the Estate of Santos Camacho, Deceased, and as Representative of the Statutory Wrongful-Death Beneficiaries of Santos Camacho

On appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. C-2966-17-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 28, 2018